Jeffrey L. Bornstein (SBN 99358)
Mikal J. Condon (SBN 229208)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 249-1000
Fax: (415) 249-1001
jeffrey.bornstein@klgates.com
mikal.condon@klgates.com

Attorneys for Defendant SHAMEKA KNIGHT

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| | Case No. 09-CR-323 (SI) |
| vs. | **[PROPOSED] ORDER** |
| JESSIE LEWIS, a/k/a Jaymar Cross, and SHAMEKA KNIGHT, a/k/a Tiffany Williams. | |
| Defendants. | |

[PROPOSED] ORDER
Case No. 09-CR-323

## **[PROPOSED] ORDER**

For the reasons stated in open court, and for good cause shown, this Court hereby ORDERS that Defendant Shameka Knight, who is currently in federal custody at Santa Rita Jail, in Alameda County, be allowed to participate in the following programs: (i) General Education Development ("GED"); (ii) Maximizing Opportunities for Mothers to Succeed ("MOMS"); (iii) Teaching and Loving Children ("TALC"). To the extent that such programs are not available at Santa Rita or not available to inmates in Defendant Knight's housing unit at Santa Rita, the United States Marshal, in the exercise of his discretion, is encouraged to transfer Ms. Knight to another facility where similar programs are available to pretrial detainees such as Ms. Knight.

IT IS SO ORDERED.

May  7 , 2009

_____

HONORABLE. SUSAN ILLSTON