Jeffrey L. Bornstein (SBN 99358)
Leanne E. Hartmann (SBN 264787)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 249-1000
Fax: (415) 249-1001
jeffrey.bornstein@klgates.com
mikal.condon@klgates.com

Attorneys for Defendant SHAMEKA KNIGHT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>SHAMEKA KNIGHT, a/k/a Tiffany Williams.<br><br>Defendant. | Case No. 09-CR-323 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

SF-236827 v1 0903759-00001

On March 30, 2011, Defendant Shameka Knight appeared before the Court on a Supervised Release Petition filed by the Probation Officer. The Court ordered that Ms. Knight be released to a halfway house on condition that she may only leave for court appearances, attorney meetings, and meetings with her probation officer. Since March 30, 2011, Ms. Knight has been in compliance with the Court's Order.

On April 9-10, 2011, Ms. Knight has been offered the opportunity to work as a box-office cashier for the San Francisco Green Festival. A copy of the contract is attached as Exhibit A. Ms. Knight wants to have this opportunity to work this weekend in order to earn money that she can then use to purchase personal hygiene items and clothing. She understands that her request is unusual but is asking the Court's permission because she has no other means available to try to take care of herself.

It is our understanding that her case manager at the halfway house where she is staying is supporting her request. Probation Officer Joshua Sparks has stated that he is aware of Ms. Knight's request and that he does not have a problem with it.

Under these circumstances, it is requested that the Court issue its Order permitting Ms. Knight to work at the Green Festival on Saturday, April 9, 2011 from 8:30 a.m. to 5:30 p.m., and on Sunday, April 10, 2011 to work from 10:00 a.m. to 5:00 p.m.

Respectfully submitted,

**K&L GATES LLP**

Dated: April 8, 2011      By:   /s/ Jeffrey L. Bornstein
                                Jeffrey L. Bornstein
                                Leanne E. Hartmann

                                Attorneys for Defendant
                                SHAMEKA KNIGHT

\\\\

\\\\

\\\\

---

1
STIPULATION AND [~~PROPOSED~~] ORDER; CASE NO. CR-0323-SI-2

I was contacted by counsel for Ms. Knight regarding this request. The Government takes no position on whether the Court should allow this modification.

**UNITED STATES ATTORNEY'S OFFICE**

Dated: April 8, 2011            By:    /s/ *Matthew L. McCarthy*
                                       Matthew L. McCarthy

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

### ECF ATTESTATION

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this STIPULATION AND [PROPOSED] ORDER has been obtained from signatory Matthew L. McCarthy, in compliance with General Order 45, X.B.

**K&L GATES LLP**

Dated: April 8, 2011            By:    /s/ *Jeffrey L. Bornstein*
                                       Jeffrey L. Bornstein

### [~~PROPOSED~~] ORDER

FOR GOOD CAUSE SHOWN, the Court has been advised that Shameka Knight has the opportunity to work as a cashier at the San Francisco Green Festival on Saturday, April 9, and Sunday, April 10, 2011. Assuming that there is no objection from her case manager at the halfway house, the Court orders that Ms. Knight's release conditions be modified such that she be permitted to work at the festival this weekend as follows: April 9, 2011 from 8:30 a.m. to 5:30 p.m.; April 10, 2011 from 10:00 a.m. to 5:00 p.m. Ms. Knight shall be permitted to leave the halfway house to travel to and from the festival solely for the purpose of working the above

1  hours. If for any reason her work hours are shortened, she is to return immediately to the
2  halfway house.
3       IT IS SO ORDERED.
4
5  Dated: April __8__, 2011
6                                    _____
                                     Magistrate
7                                    Unites States



# EXHIBIT A



A JOINT PROJECT OF **GLOBAL EXCHANGE** AND **GREEN AMERICA**
FORMERLY **CO-OP AMERICA**

**Independent Contractor On-site Staff Agreement**

**2011 SF Green Festival**
**April 9-10, 2011**

I, Shameka Knight agree to the terms and conditions outlined below for my independent contractor work with Green Festivals which will serve the 2011 Green Festivals Saturday, April 9 and Sunday, April 10, 2011. Position for which you are being contracted for: **Box Office Cashier**.

**I agree to work the following hours:**
Saturday, April 9, 2011, 8:30am-5:30pm
Sunday, April 10, 2011, 10am-5:00pm

I understand that my payment shall be **$10/hour**, and that I will be paid on site by check on Sunday, April 10, 2011. On-site staff will also receive a t-shirt, optional free membership to Global Exchange and Green America, and a 10% discount at the Global Exchange and Green Festivals Stores.

I understand that as a contractor I assume all risk connected with work to be performed. I agree to indemnify Green Festival and all parties associated with the Green Festival for any and all liability or loss arising from the performance of this contract. I understand that I am not entitled to workers' compensation benefits and that I am obligated to pay federal and state income tax on any moneys earned pursuant to the contract relationship. *However, please note that Green Festivals will not file a 1099 form unless the money earned totals $600.00 or more in the 2010 calendar year.*

I accept the terms and conditions of this contract and the above stated position(s) between the dates listed above. **I also agree to notify Green Festivals of cancellation by Monday, April 4th.**

_____          3/24/11
Independent Contractor Signature              Date